ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

    - v -                       :       NOTICE OF INTENT TO
                                                       FILE AN INFORMATION

NOORULLAH ZADRAN,               :

        Defendant.            :

- - - - - - - - - - - - - - - x

JUDGE PRESKA

04 CRIM. 1185

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
           October 25, 2004

                                      DAVID N. KELLEY
                                      United States Attorney

                By: _____
                    Stephen Miller
                    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Margaret Shalley, Esq.
    Attorney for Noorullah Zadran

10/27/04   WHEEL A