UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :          INFORMATION

    - v. -                                              :

NOORULLAH ZADRAN,                          :          04 Cr. _____

          Defendant.                             :     04 CRIM. 1185

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*(stamp: U.S. DISTRICT COURT FILED NOV 4 2004 S.D. OF N.Y.)*

### COUNTS ONE THROUGH FOUR
(Subscribing to False Income Tax Returns)

The United States Attorney charges:

On or about the dates set forth below, in the Southern District of New York, the Eastern District of New York, and elsewhere, NOORULLAH ZADRAN, the defendant, unlawfully, willfully and knowingly did make and subscribe U.S. Individual Income Tax Returns, Forms 1040 and 1040PC, for himself and his wife for the tax years set forth below, which returns contained and were verified by the written declaration of NOORULLAH ZADRAN that they were made under the penalties of perjury, and which returns NOORULLAH ZADRAN did not believe to be true and correct as to every material matter, in that NOORULLAH ZADRAN, the defendant, failed to report on his income tax returns all of the salary and other income that he received in the course of his employment by the New York Mission of the Islamic Emirate of Afghanistan, located in Flushing, New York, as set forth below:

| COUNT | TAX YEAR | APPROXIMATE DATE OF FILING |
|:-----:|:--------:|:---------------------------|
| 1 | 1998 | timely filed on or before April 15, 1999 |
| 2 | 1999 | timely filed on or before April 15, 2000 |
| 3 | 2000 | timely filed on or before April 15, 2001 |
| 4 | 2001 | filed on or about September 23, 2002 |

(Title 26, United States Code, Section 7206(l).)

DAVID N. KELLEY
United States Attorney

-2-

## Arraignment Held

11/4/04

A.U.S.A. Stephen Miller present
Defense Counsel ~~Isabelle Kirschner present~~ Margaret Shalley present
Defendant Zadran present.
Court reporter: Patricia Nilson

The defendant waives prosecution by Indictment and consents to proceed by Information. The defendant pleads not guilty to the Information. Defendant waives reading of the Information.

Bail is set at $50,000 in the form of a personal recognizance bond. Travel is limited to SDNY, EDNY and D.Ct. Passport must be surrendered. Normal pre-trial supervision applies.
Next conference is Dec. 13 at 11:00 a.m.

Time is excluded between today and Dec. 13, 2004.