IH-29

# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA  
-vs-  
Noorullah Zadran

Date: 11/4/04  
Docket No: 04 Cr. 1185

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT: Stephen Miller

FOR THE DEFENDANT(S): Margaret Shalley

BAIL DISPOSITION: $50,000 personal recognizance bond; travel is limited to SDNY, EDNY, and D. Conn. Defendant must surrender passport and not apply for a new passport. Normal pretrial supervision applies.

SIGNED BY: Loretta A. Preska, U.S.D.J.

PSA OFFICER: _____  
INTERPRETER: _____

[Stamp: U.S. DISTRICT COURT FILED NOV 4 2004 S.D. OF N.Y.]