# SCOTT & MASON-KINSEY, LLP

Attorneys-at-Law
55 Washington Street, Suite 655
Brooklyn, New York  11201
718.852.7000 (p)
718.852.3302 (f)

March 29, 2005

**VIA FACSIMILE (212) 805-7941**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  United States v. Noorullah Zadran (04 CR 1185)

Dear Judge Preska:

Please accept this correspondence as my formal request for an Order to be relieved as defense counsel in the above-referenced criminal action.  I have represented the defendant, Noorullah Zadran, in an 'of counsel' capacity to Omar Mohammedi, Esq. since February 2005.

Mr. Mohammedi submitted an application to be relieved as counsel in this matter on March 29, 2005.  I join in Mr. Mohammedi's application in its entirety and respectfully request that an Order be entered, if necessary, relieving my firm of any duties as counsel to Mr. Zadran.

Respectfully Submitted,

/S/

Armani B. Scott (AS 8751)

cc:  Noorullah Zadran
     Omar Mohammedi, Esq.
     AUSA Stephen Miller, Esq.