UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/05
```

------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| -v- | : | S1 04 Cr. 1185 (LAP) |
| NOORULLAH ZADRAN, | : | |
| | : | |
| Defendant. | | |

------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on June 17, 2005;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       June 29, 2005

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE