## U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH OF Aug 5, 2001
### Aug 20

Name: Noorullah Zadran

Court Name (if different):

**PART A: RESIDENCE** (If new address, attach copy of lease/purchase agreement)

Street Address, Apt. Number: [redacted] Huntington

Home Phone: [redacted]    Pager Phone:    Other Phone:

City, State, Zip Code: Sta. L.I. N.Y. 11746

Persons Living with you: Wife + Children

Complex/Subdivision:    Own or Rent? ✓

Did you move during the month? ☐ Yes ☒ No

Mailing Address (if different):

If yes, date moved: _____    Reason for Moving: _____

**PART B: EMPLOYMENT** (If unemployed, list source of support under Part D)

Name, Address, Phone No. of Employer:
I.E.A
55-16 Main St.
Flushing N.Y. 11353

Name of immediate supervisor: Mr. Mujahid

Is your employer aware of your criminal status? ☒ Yes ☐ No

How many days of work did you miss? 00   Why?

Position Held: 1st Sect   Gross Income: 2000.   Normal Work Hours: 55

Did you change jobs? ☐ Yes ☒ No
Were you terminated? ☐ Yes ☐ No

If changed jobs or terminated, state when and why:

**PART C: VEHICLES** (List all vehicles owned or driven by you)

| Year/make/model | Color | Tag Number | Owner |
|---|---|---|---|
| Buick | Blue | T436T | Yes |
| | | | |

**PART D: MONTHLY FINANCIAL STATEMENT**

Net Income From Employment (Attach proof of earnings): 2000.
Other Income: 3700.—
TOTAL MONTHLY INCOME: 5700.—
TOTAL MONTHLY EXPENSES: 4200.—

Past Due Debts:    Amount Past Due:

Do you have a checking account? ☐ Yes ☒ No
☐ Individual  ☐ Joint  Balance: _____
Bank Name: _____
Account Number: _____

Do you have a savings account? ☒ Yes ☐ No
☐ Individual  ☐ Joint  Balance: _____
Bank Name: Melrose Credit Union
Account Number: 33029

List all purchases of individual goods or services for which you paid $500 or more:

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| | | None | |

GOVERNMENT EXHIBIT A (ID)

PART

| | |
|---|---|
| Were you questioned by any law enforcement officers?  ☐ Yes  ☒ No | Were you arrested or named as a defendant in any ...  ☐ Yes  ☒ No |
| If yes, date: _____ | If yes, when & where? _____ |
| Agency: _____ | Charges: _____ |
| Reason: _____ | Disposition: _____ |

(Attach copy of citation, receipt, charges, disposition, etc.)

| | |
|---|---|
| Were any pending charges disposed of during the month?  ☐ Yes  ☒ No | Was anyone in your household arrested or questioned by law enforcement?  ☐ Yes  ☒ No |
| If yes, date: _____ | If yes, whom? _____ |
| Court: _____ | Reason: _____ |
| Disposition: _____ | Disposition: _____ |
| Did you have any contact with anyone having a criminal record?  ☐ Yes  ☒ No | Did you possess or have access to a firearm?  ☐ Yes  ☒ No |
| If yes, whom? _____ | If yes, why? _____ |
| Did you possess or use any illegal drugs?  ☐ Yes  ☒ No | Did you travel outside the district without permission?  ☐ Yes  ☒ No |
| If yes, type of drug: _____ | If yes, when and where? _____ |

Do you have a special assessment, restitution or fine?  ☒ Yes  ☐ No — If yes, amount paid during the month:

Special assessment: _____   Restitution _____   Fine: 195.00

NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY.

| | |
|---|---|
| Do you have community service work to perform?  ☐ Yes  ☒ No | Do you have drug, alcohol or mental health aftercare?  ☐ Yes  ☒ No |
| Number of hours completed this month: _____ | If yes, did you miss any sessions during this month?  ☐ Yes  ☐ No |
| Number of hours missed: _____ | Did you fail to respond to phone recorder instructions?  ☐ Yes  ☐ No |
| Balance of hours remaining: _____ | If yes, why? _____ |

| | |
|---|---|
| WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE OR BOTH.  (18 U.S.C. § 1001) | I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.  SIGNATURE [signed]   DATE 8/5/2001 |
| REMARKS:  8/20/01 work received in Whitehill, CO payment included. | RECEIVED:  ✓ Mail   ____ OC  ____ HC   ____ CC  RETURN TO. |

[signature]  8/21/01
Probation Officer   Date