**JARED J. SCHARF**
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604
(914) 682-9777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/05

October 20, 2005

TELECOPIER 212-805-7941

Hon. Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Noorulah Zadran
S1 04 Cr. 1185 (LAP)

Dear Judge Preska:

This office represents defendant Noorullah Zadran. Mr. Zadran is scheduled to begin serving his sentence on November 4, 2005. Due to holy month of Ramadan, which ends approximately that time, and the traditional family gatherings thereafter, Mr. Zadran has asked me to request that he be permitted to surrender to begin serving his sentence November 15, 2005. Mr. Zadran was not aware of the religious conflict at the time he was sentenced. Mr. Miller has informed me that the government does not object to this request.

Thank you very much.

Respectfully,

Jared J. Scharf

**SO ORDERED**
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 27, 2005

U.S. DISTRICT COURT FILED NOV 4 2005 S.D. OF N.Y.

cc: Stephen A. Miller, Esq.
FAX 212-637-0412

MICROFILM NOV - 4 2005

Returned to chambers for scanning on 11/7/05.
Scanned by chambers on 11/9/05.