04 CR 1185

January-2-2007

The Honorable Loretta A. Preska
United States District judge
United States Courthouse
500 Pearl Street Room 1320
New York, NY          10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/07

RECEIVED
JAN   2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

Dear Judge Preska,

On September 20' 2005 based on a plea agreement with the government, for tax evasion that totaled $1450.00 over four years and providing incorrect information regarding my wife job on the bank application, I was sentenced to two months in jail, $5000.00 fine, $200.00 dollars assessment fee and three year supervision.
I served two months in jail, one year of my supervision and paid $5000.00 dollar fine. I do not have any other legal obligation to be completed except for the remaining of my two third supervision sentence.
During my supervision, I have regularly met with my probation officer on time and fully cooperated with the term of my supervision. I was never a danger to our community. This fact was firmly established and stated by Mr. Johnny Y. Kim my probation officer during my hearing. He specifically pointed to the fact in his report that Mr. Zadran does not pose any treat to our community and during my sentencing you have also referred to his conclusion. Furthermore, I have never committed any violent crime for the past half century this is self evidence for the conduct of my character and behavior.
               I graduated from Columbia University in 1984 and my dream was to become an attorney. Unfortunately due to the circumstances in my birth country, I was forced to make a choice between going forward with my higher education or rescuing my family from the brutal attack of the red army, I chose the latter. I worked very hard throughout my life. I came to the U.S. at the age of 16 without knowing a word of English or having any profession. Throughout the years, I was able to finish my higher education in of the most prestige's school in New York City and taking care of my parents and raise a family of five with three of them already in college. Currently I work as a successful licensed realtor in Long Island. I am a good neighbor and a respected member of our community. I have volunteered numerous times for the common good of our community  I was able to raise awareness about the use of illegal drugs in our community and thanks God, at present, we have one of the most effective drug free zone program in our neighborhood. I have also worked with the local police and the town of Huntington to monitor speed and post speed limit sign on our street so our children do not become victim of reckless driving. I also worked throughout my college years as a volunteer for Red Cross and donated my blood.
Your honor, I brought up some of my activities so you can see clearly that I am not a danger to any community. I work with the member of my community daily based on my profession as a realtor and I also participate with the activities of our community. In fact, the remaining two third of my supervision simply limits my freedom. It does not serve any useful or meaning purpose. It is time consuming for the government and unnecessary burden emotionally and financially on my family. Recently, one of my sons was getting engaged back home and that ceremony did not take place due to the fact that our culture

mandates the presence of the father of the groom so we postponed the engagement till the month of May 2007. The same is true about visiting our relatives outside of New York City. Every holiday, in order for us to visit our relatives, or attend a funeral of our love one, I must apply for permission and most of the time in the case of a deceased there is not much time left for the proper permission to be completed Recently one of my cousin whom I have known since childhood passed away on Saturday and according to our religion the deceased must be buried within a day of his or her expiration date. I was unable to attend his funeral.

The same is true about my job. It requires tremendous amount of traveling and dealing directly with the public. Most of our business decisions are scheduled on a spare of a moment and that does not leave enough time for the necessary paper work to be completed for permission. Last year, I missed almost all of my meeting that was scheduled in N.J just across the Holland tunnel, Pennsylvania and Florida. As a result we lost a lot of revenue and some layoffs. Furthermore, next year 2007, my real estate license is up for renewal. I have consulted some of the real estate attorneys and they have indicated to me that the chances for the renewal of my real estate license at best are very slim while on supervision. I really do not know how to take care of my family if the application for the renewal of my real estate license is rejected. I have known one honorable way and that is hard work.

Finally, your honor, as I have indicated earlier more than half century of non-violence behavior and a good conduct of my one year supervision with fully paid fine of $5000.00 dollars and two months in prison is a lesson that can never be forgotten. I am a law obeying citizen with good community relationship. I respectfully request that the remaining two-third of my supervisory sentence be terminated so I could continue the remaining years of my life with my family (god willing) peacefully.

*[signature]*

Sincerely you

P.S.
Probation officer name: Anne Gonzalez
Date of supervision January 10° 2006    631-712-6314

*The request is denied.*
*So ordered*
*Loretta A. Preska*
*USDJ*
*January 30, 2007*